# CV 15 1401

6-638766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X

MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

REYES, M.J

Plaintiff,

- against -

CIVIL COMPLAINT
IN ADMIRALTY

SUPER ASIA INC.

Defendant.
--------------------------------------------------X

Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S,
by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as
and for its Complaint against defendant SUPER ASIA INC. in personam, in a
cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of
Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times hereinafter mentioned, plaintiff MAERSK INC., as
agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly
organized and existing under the laws of the State of New York with offices and a
place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter
mentioned, defendant SUPER ASIA, INC. was and still is an corporation
organized and existing under the Laws of the State of New York, with offices and
a place of business at 54-36 48th Street, Maspeth, N.Y. 11378.

4. From on or about January 28, 2103 to the present, defendant
was the consignee on shipments on Plaintiff's Vessels from the Ports of Loading
to the Ports of Discharge.

5. When the goods arrived at the Ports of destination, as set forth
in Schedule A, hereto, defendant failed to remove the goods from the Port within

the Free Time allowed by plaintiff's tariff and Service Contract, thereby incurring demurrage charges totaling $15,930.00, as set forth in Schedule A, Exs. A-O.

6. Plaintiff has performed all acts required to be performed by Plaintiff.

7. Defendant has failed to remit the $15,930.00 due.

8. By reason of the foregoing, Plaintiff has been damaged in the amount of $15,930.00.

WHEREFORE, Plaintiff prays:

1. For judgment in the amount of Plaintiff's damages, together with interest, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Philadelphia, Pennsylvania
        March 10, 2014

                    LAW OFFICES OF
                    ALBERT J. AVALLONE & ASSOCIATES


By_____
        Albert J. Avallone - AA1679
        Attorneys for Plaintiff
        MAERSK INC., as agents for
        A.P. MOLLER-MAERSK A/S
        7 N. Columbus Blvd. #249
        Philadelphia, PA. 19106
        (212)696-1760

SCHEDULE A

1.  Bill of Lading No. 865121756, dated January 28, 2013, from Port Qasim to Newark on the Vessel MAERSK UTAH, one (1) TWENTY-foot container SAID TO CONTAIN:RICE (Exhibit A),  with Invoice No. 5246891396 dated April 10, 2013 for demurrage totaling $1,465.00 (Exhibit B), and check no. 001203 dated February 16, 2015 for $1,465.00 in payment of this Invoice, which check was dishonored by the Bank (Ex. C).

Amount Paid: $0                                     Amount Due: $1,450.00

2. Bill of Lading No. 868192671 dated July 10, 2014, from Pipavav to New York on the Vessel MAERSK PITTSBURGH, one (1) twenty-foot container STC: RICE (Exhibit D), and Invoice No. 5248852191 dated September 17, 2014 for Demurrage totaling $2,340.00 (Exhibit E).

Amount Paid: $0.00                                 Amount Due: $2,340.00

3. Bill of Lading No. 951946691, dated September 11, 2104, from Pipavav to New York on the Vessel MAERSK PITTSBURGH, one (1) twenty-foot container STC: RICE (Exhibit F), with Invoice No. 5249060667 dated November 7, 2014 for Demurrage totaling $1,290.00 (Exhibit G)

Amount Paid: $0.00                                 Amount Due: $1,290.00

4. Bill of Lading No. 951979852, dated September 17, 2104, from Pipavav to New York on the Vessel MAERSK PITTSBURGH, one (1) twenty-foot container STC:  RICE (Exhibit H) with Invoice No. 5249107937 dated November 20, 2014 for Demurrage totaling $3,565.00 (Exhibit I).

Amount Paid: $0.00                    Amount Due: $3,565.00

5. Bill of Lading No. 952038032, dated September 18, 2014, from Pipavav to New York, on the Vessel MAERSK HARTFORD, one (1) twenty-foot container STC: RICE (Exhibit J), with Invoice No. 5249164932 dated December 5, 2104 for Demurrage totaling $4,440.00 (Exhibit K).

Amount Paid: $0.00                    Amount Due: $4,440.00

6. Bill of Lading No. 952087588, dated October 10, 2014, from Pipavav to New York, on the Vessel MAERSK CHICAGO, one (1) twenty-foot container STC: RICE (Exhibit L), and Invoice No. 5249164933 dated December 5, 2014 for Demurrage totaling $1,465.00 (Exhibit M).

Amount Paid: $0.00                    Amount Due: $1,465.00

7. Bill of Lading No.952038040, dated October 1, 2014, from Pipavav to Newark, on the Vessel MAERSK CHICAGO, one (1) twenty-foot container STC: RICE (Exhibit N), and Invoice No. 5249164934 dated December 5, 2014 for Demurrage totaling $1,465.00 (Exhibit O).

Amount Paid: $0.00                    Amount Due: $1,465.00

III. Total Amount Due: $15,930.00

## BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT

SCAC  MAEU

B/L No. 865121756

**Shipper**
M/S.MUHAMMAD ARSHAD RICE TRADERS.,
KAMOKE RICE MILLS., KAMOKE 52470
GUJRANWALA, PUNJAB -PAKISTAN.

Booking No.
865121756

Export references

Svc Contract
595806

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
TO THE ORDER OF:
SUPER ASIA INC.,
54-36 48 STREET MASPETH
NY 11378 USA.
FORM E NO BAF 0507875
DATE:11-12-2012

Notify Party (see clause 22)
SUPER ASIA INC.,
54-36 48 STREET MASPETH
NY 11378 USA.

Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

Vessel (see clause 1 + 19)
MAERSK UTAH

Voyage No.
1304

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

Port of Loading
Port Qasim, Pakistan

Port of Discharge
Newark, NJ, US

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1213 MASTER BAGS<br><br>22.000 M.TONS.<br>PAKISTANI SUPER BASMATI WHITE RICE.<br>PACKING DETAILS.<br>718-BAGS EACH 40-LBS.<br>495-BAGS EACH 10X4= 40-LBS.<br>TOTAL-1213-MASTER BAGS.<br>NET WEIGHT:22000.0KGS<br>ADDITIONAL NOTIFY PARTY<br>PEGASUS MARITIME INC<br><br>AGENT ADDRESS:<br>MAERSK INC.<br>2 GIRALDA FARMS<br>MADISON AVENUE<br>P.O. BOX 880<br>07940-0880<br>MADISON, NJ<br>USA<br>PHONE:<br>CUSTOMER SERVICE  +1 (800) 321-8807<br>GIRALDA FARMS (NY/NJ) +1 (973) 514-5000<br>BALTIMORE +1 (800) 854-6553 | 22100.00 KGS | 26.00 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1181.00 | Per Container | USD | 1181.00 | |
| Submission of Cargo Declaration | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Emergency Risk Surcharge | 100.00 | Per Container | USD | 100.00 | |
| Export Service | 5.00 | Per Container | USD | 5.00 | |
| Documentation Fee - Origin | 40.00 | Per Bill of Lading | USD | 40.00 | |
| Terminal Handling Service- Origin | 100.00 | Per Container | USD | 100.00 | |
| Port Security Service - Import | 5.00 | Per Container | USD | 5.00 | |

Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.
1 container

Place of Issue of B/L
Karachi

Number & Sequence of Original B(s)/L
THREE/3

Date of Issue of B/L
2013-01-28

Declared Value (see clause 7.3)

Shipped on Board Date (Local Time)
2013-01-28

Signed for the Carrier A.P. Møller - Maersk A/S trading as Maersk Line



MAERSK PAKISTAN PVT LTD
As Agent(s) for the Carrier

This transport document has one or more numbered pages



EXHIBIT "A"

B/L: 865121756

Page: 2



BOSTON +1 (800) 854-6553
PHILADELPHIA +1 (800) 854-6553
ROCHESTER +1 (800) 854-6553
FAX:
GIRALDA FARMS (NY/NJ) +1 (973) 514-5410
BALTIMORE +1 (888) 249-8016
BOSTON +1 (866) 345-8986
PHILADELPHIA +1 (888) 249-8016

NEW TAJ MAHAL BRAND

MRKU7759482  ML-PK0769406  20 DRY 8'6  1213 MASTER BAGS  22100.00 KGS  26.00 CBM
Shipper Seal :  005081
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

FREIGHT PREPAID

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Standard Bunker Adjustment F | 460.00 | Per Container | USD | 460.00 | |
| Carrier Security Service | 12.00 | Per Container | USD | 12.00 | |
| Suez Canal Fee | 40.00 | Per Container | USD | 40.00 | |
| Total USD | | | USD | 1968.00 | |



Maersk Agency U.S.A. Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

**Original**

# DETENTION INVOICE Number: 5246891396

| | | |
|---|---|---|
| **Bill-to Party :** | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | **Invoice Date:** 04-10-2013<br>**Due Date:** 04-10-2013 |
| | | **Payment terms:** Payable immediately |
| **Attention of:** | CP SUPER ASIA INC ACCOUNTS PAYABLE | |
| **On behalf of :** | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | **Our Contact:** Laquan Murphy<br>**Our Telephone:** 1-8776999444 |

**Customer No:** US01024519

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 – applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 – applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,465.00 |
| 0% Non EU services VAT | 0.00 % | 1,465.00 | 0.00 |
| **Amount Due** | | | **1,465.00** |

**Bill of Lading Number: 865121756   Your Reference: MUS0130349799**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 02-25-2013 | 03-08-2013 | 0 | | | |
| Detention Fee – Import | MRKU7759482 | | 03-09-2013 | 03-21-2013 | 1 | CNT | 1.00000 | 1,465.00 |

Days: TIER1: 5  Days: TIER2: 8 Days: TIER3: 0 Amount: TIER 1: 85 TIER 2:130 TIER 3: 0  FREE DAYS 12  No. of Days Billed 13 Service Contract: 59 5806 Rode Code: M3

| | | |
|---|---|---|
| | **Total Due:** | 1,465.00 |

\* Service Contract Number:
\* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
\* Electronic payments:
\* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.

EXHIBIT "B"

# MAERSK LINE

## DETENTION INVOICE Number:  5246891396

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

Amount:        $1,465.00           Sequence Number: 9792044535
Account:       483055504709        Capture Date:     02/18/2015
Bank Number:   111000012           Check Number:     1203



Super Asia Inc
54-36 48th Street
Maspeth, NY 11378

Bank Of America
ACH R/T 021000322
1-82/210

001203

2/16/2015

PAY TO THE
ORDER OF    Maersk Agency U.S.A. Inc.                              $  **1,465.00

One Thousand Four Hundred Sixty-Five and 00/100************************************   DOLLARS

Maersk Agency U.S.A. Inc.
9300 Arrowpoint Boulevard
Charlotte, NC 28273-8136

                                              G. ZAHRA  Rido Ali    MP
                                              AUTHORIZED SIGNATURE

MEMO
MP    Invoice No. 5246891396

⑈001203⑈ ⑆021000322⑆ 483055504709⑈



Seq: 41
Dep: 007756
Date: 02/13/15

For Deposit only to
MAERSK LINE A/S
MAERSK LINE A/S

Deposited By: Contr...

EXHIBIT "C"

## MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC **MAEU**

B/L No. **868192671**

| | |
|---|---|
| **Shipper**<br>SHRI LAL MAHAL LTD<br>B-16, BHAGWAN DASS NAGAR<br>NEW DELHI-110026 INDIA | **Booking No.**<br>868192671 |
| | **Export reference**     Svc Contract:<br>744982 |
| | **Onward Inland routing** (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| **Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>TO ORDER | **Notify Party** (see clause 22)<br>SUPER ASIA INC.,<br>54-36, 48TH STREET,<br>MASPETH, NY-11378,<br>U.S.A. |

| Vessel (see clause 1 + 19)<br>MAERSK PITTSBURGH | Voyage No.<br>1408 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>Loni |
|---|---|---|
| Port of Loading<br>Pipavav | Port of Discharge<br>NEW YORK | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD MAERSK PITTSBURGH \ 1408 ON 2014-07-09 AT Pipavav<br><br>1 Container Said to Contain 575 BAGS<br><br>1 X 20' FCL CONTAINING<br>575 BAGS<br><br>INDIAN RICE<br>PACKED AS UNDER :<br>575 MASTER PP BAGS OF 4 X 20 LBS PLASTIC POUCH<br>INV. NO. SLML/080/14-15  DATED. 11.06.2014.<br>IEC NO. :0590007581<br>SB. NO. : 3282561 DT. 13.06.14<br>BUYER ORDER NO:SLML/SS/SAI/27/2K14<br>DATED. 15.05.2014<br>H.S CODE 10063010<br>NET WEIGHT: 20884.000 KGS<br>FREIGHT: "PREPAID"<br>IHC: PREPAID<br><br>MRKU8215950  ML-IN0416160  20 DRY 8'6  575 BAGS  21137.000 KGS  20.0000 CBM<br>Customs Seal :  208636<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br><br>FREIGHT PREPAID | 21137.000 KGS | 20.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of B/L<br>New Delhi |
|---|---|
| Number & Sequence of Original B(s)/L.<br>THREE/3 | Date of issue of B/L<br>2014-07-10 |
| Declared Value (see clause 7.3)<br> | Shipped on Board Date ( Local Time )<br>2014-07-09 |

Signed for the Carrier Maersk Line A/S

Forwarder<br>
TIGER LOGISTICS INDIA LTD<br>
804A-807 SKYLARK BUILDING,60 NEHRU PLACE<br>
New Delhi<br>
110019

Maersk Line India Pvt Ltd<br>
As Agent(s)

This transport document has one or more numbered pages

COPY

EXHIBIT "A"

B/L: 868192671

Page : 2

**CY/CY**

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



**MAERSK LINE**

Maersk Agency U.S.A.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

### Original
### DETENTION INVOICE Number: 5248852191

| Bill-to Party : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Invoice Date:<br>Due Date: | 09-17-2014<br>09-17-2014 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | CP SUPER ASIA INC ACCOUNTS PAYABLE | | |
| On behalf of : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Our Contact:<br>Our Telephone: | Nino Ian Francisco<br>1-800-768-8714 |
| Customer No: | US01024519 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,340.00 |
| 0% Non EU services VAT | 0.00 % | 2,340.00 | 0.00 |
| **Amount Due** | | | **2,340.00** |

**Bill of Lading Number: 868192671   Your Reference: 868192671**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 08-05-2014 | 08-20-2014 | 0 | | | |
| Detention Fee - Import | MRKU8215950 | | 08-21-2014 | 08-28-2014 | 1 | CNT | 1.00000 | 2,340.00 |

TIER 1: 4 DAYS X 95.00 = $ 380.00#TIER 2: 4 DAYS X 140.00 = $ 560.00#TIER 3: 8 DAYS X 175.00 = $ 1400.00#SERVICE CONTRACT - 744982, ROUTE CODE -M3

| | | Total Due: | 2,340.00 |
|---|---|---|---|

* Service Contract Number:
* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information



EXHIBIT "E"

# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## DETENTION INVOICE Number: 5248852191

* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC: **MAEU**

B/L No. **951946691**

| | |
|---|---|
| Shipper<br>**KANNU ADITYA (INDIA) LIMITED**<br>**FLAT NO. 9, B-16, BHAGWAN DASS NAGAR,**<br>**NEW DELHI – 110026, INDIA** | Booking No.<br>**951946691** |
| | Export reference<br>**744982** |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>**TO ORDER** | Notify Party (see clause 22)<br>**SUPER ASIA INC.,**<br>**54-36, 48TH STREET,**<br>**MASPETH, NY-11378, U.S.A.** |
| Vessel (see clause 1 + 19)<br>**MAERSK PITTSBURGH** | Voyage No.<br>**1410** | Place of Receipt. Applicable only when document used as Multimodal Transport B/L... (see clause 1)<br>**ICD Loni** |
| Port of Loading<br>**Pipavav, India** | Port of Discharge<br>**NEW YORK, USA** | Place of Delivery. Applicable only when document used as Multimodal Transport B/L... (see clause 1) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD MAERSK PITTSBURGH \ 1410 ON 2014-09-06 AT Pipavav, India<br><br>1 Container Said to Contain 1100 CARTONS<br><br>01X20 FCL CONTAINING<br>(1100 PKGS) 01X'20' FCL CONTAINER<br>CONTAINING :-<br>ROYALE BRAND, BASMATI RICE, AS PER SALES<br>CONTRACT NO. KAIL/SS/SAI/030/2K14<br>DT: 11/07/2014<br>PACKED AS UNDER:-<br>1100 CARTONS OF 4X10 LBS PLASTIC POUCH.<br>INV. NO.: KAIL/033/14-15 DT: 01/08/2014<br>IEC NO.:0508081050<br>SB. NO. 4324571  DT:08.08.2014<br>TOTAL NET WT :19976.000 KGS<br>FREIGHT: "PREPAID"<br>IHC: PREPAID<br><br>PLACE OF RECEIPT: ICD LONI, INDIA<br><br>MRKU7409231  ML-IN0462535  20 DRY 8'6  1100 CARTONS  21076.000 KGS  20.0000 CBM<br><br>Customs Seal : 213323<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>Above particulars are declared by Shipper, but without responsibility of or representation by Carrier (see clause 14) | 21076.000 KGS | 20.0000 CBM |

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier<br>**1 container** | Place of Issue of B/L<br>**New Delhi** | SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading for the Place of receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being subject to all the terms, rights, defences, provisions, conditions, exceptions, limitations, liberties and Best Manner of Delivery and Conditions contained ON THE REVERSE HEREOF NUMBERED 1 TO 26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF and the Merchant... |
| Number & Sequence of Original B(s)/L<br>**THREE/3** | Date of Issue of B/L<br>**2014-09-11** | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>**2014-09-06** | |

| | |
|---|---|
| Forwarder<br>**TIGER LOGISTICS INDIA LTD**<br>**804A-807 SKYLARK BUILDING,60 NEHRU PLACE**<br>**New Delhi**<br>**110019** | Signed for the Carrier Maersk Line A/S<br><br>**Maersk Line India Pvt Ltd**<br>As Agent(s) |

This transport document has one or more numbered...

EXHIBIT "

COPY

B/L: 951946691

Page : 2

**FREIGHT PREPAID**

**AGENT ADDRESS:**
MAERSK INC.
2 GIRALDA FARMS
MADISON AVENUE
P.O. BOX 880
07940-0880
MADISON, NJ
USA
PHONE:
CUSTOMER SERVICE  +1 (800) 321-8807
GIRALDA FARMS (NY/NJ) +1 (973) 514-5000
BALTIMORE +1 (800) 854-6553
BOSTON +1 (800) 854-6553
PHILADELPHIA +1 (800) 854-6553
ROCHESTER +1 (800) 854-6553
FAX:
GIRALDA FARMS (NY/NJ) +1 (973) 514-5410
BALTIMORE +1 (888) 249-8016
BOSTON +1 (866) 345-8986
PHILADELPHIA +1 (888) 249-8016

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 951946691                                    Page : 3

**AGENT AT DESTINATION:**
**MAERSK INC.**
**2 GIRALDA FARMS**
**MADISON AVENUE**
**P.O. BOX 880**
**07940-0880**
**MADISON, NJ**
**USA**
**PHONE:**
**CUSTOMER SERVICE  1 (800) 321-8807**
**GIRALDA FARMS (NY/NJ) 1 (973) 514-5000**
**BALTIMORE 1 (800) 854-6553**
**BOSTON 1 (800) 854-6553**
**PHILADELPHIA 1 (800) 854-6553**
**ROCHESTER 1 (800) 854-6553**
**FAX:**
**GIRALDA FARMS (NY/NJ) 1 (973) 514-5410**
**BALTIMORE 1 (888) 249-8016**
**BOSTON 1 (866) 345-8986**
**PHILADELPHIA 1 (888) 249-8016**

**CY/CY**

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

**Original**

## DETENTION INVOICE Number: 5249060667

| | |
|---|---|
| Bill-to Party : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 |

| | |
|---|---|
| Invoice Date: | 11-07-2014 |
| Due Date: | 11-07-2014 |
| Payment terms: | Payable immediately |

| | |
|---|---|
| Attention of: | CP SUPER ASIA INC ACCOUNTS PAYABLE |
| On behalf of : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 |

| | |
|---|---|
| Our Contact: | Nino Ian Francisco |
| Our Telephone: | 1-800-768-8714 |

Customer No: US01024519

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| | | | 1,290.00 |
| Net value | | | |
| 0% Non EU services VAT | 0.00 % | 1,290.00 | 0.00 |
| **Amount Due** | | | **1,290.00** |

**Bill of Lading Number: 951946691    Your Reference: 951946691**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 10-03-2014 | 10-10-2014 | 0 | | | |
| Detention Fee - Import | MRKU7409231 | | 10-11-2014 | 10-20-2014 | 1 | CNT | 1.00000 | 1,290.00 |

TIER 1: 4 DAYS X 95.00 = $ 380.00#TIER 2: 4 DAYS X 140.00 = $ 560.00#TIER 3: 2 DAYS X 175.00 = $ 350.00#SERVICE CONTRACT - 744982, ROUTE CODE - M3

| | |
|---|---|
| **Total Due:** | **1,290.00** |

* Service Contract Number:
* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information

# EXHIBIT ""

# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## DETENTION INVOICE Number:  5249060667

* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services – 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC **MAEU**
B/L No. **951979852**

**Shipper**
KANNU ADITYA (INDIA) LIMITED
FLAT NO. 9, B-16 BHAGWAN DASS NAGAR,
NEW DELHI-110026, INDIA

**Booking No.**
951979852

**Export references**
Svc Contract
744982

**Onward Inland routing** (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
TO ORDER

**Notify Party** (see clause 22)
SUPER ASIA INC.
54-36, 48TH STREET
MASPETH, NY-11378,
U.S.A.

**Vessel** (see clause 1 + 19)
MAERSK PITTSBURGH

**Voyage No.**
1410

**Place of Receipt.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)
ICD Loni

**Port of Loading**
Pipavav, India

**Port of Discharge**
NEWYORK, USA

**Place of Delivery.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD MAERSK PITTSBURGH \ 1410 ON 2014-09-06 AT Pipavav, India<br><br>1 Container Said to Contain 992 MASTER CARTONS<br><br>01X20 FCL CONTAINING<br><br>(992 BAGS)  01X20' FCL CONTAINER<br>CONTAINING :- "EMPIRE BRAND"<br>INDIAN BASMATI RICE<br>PACKED AS UNDER:-<br>992 MASTER CARTONS OF 4X10 LBS PLASTIC<br>POUCHES<br>INV. NO.:KAIL/053/14-15 DT: 14.08.2014<br>IEC NO.:0508081050<br>SB. NO. 4489426  DT:19.08.2014<br>NET WT.: 18015.000 KGS<br><br>KNLU3422700  ML-IN0507676  20 DRY 8'6  992 MASTER CARTONS  19007.000 KGS<br>0.5663 CBM<br>Customs Seal :  213928<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br><br>FREIGHT PREPAID<br><br>AGENT AT DESTINATION: | 19007.000 KGS | 0.5663 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

**Carrier's Receipt** (see clause 1 and 14). Total number of containers or packages received by Carrier.
1 container

**Place of Issue of B/L**
New Delhi

**Number & Sequence of Original B(s)/L**
THREE/3

**Date of Issue of B/L**
2014-09-17

**Declared Value** (see clause 7.3)

**Shipped on Board Date ( Local Time )**
2014-09-06

Signed for the Carrier Maersk Line A/S

**Forwarder**
TIGER LOGISTICS INDIA LTD
804A-807 SKYLARK BUILDING,60 NEHRU PLACE
New Delhi
110019

Maersk Line India Pvt Ltd
As Agent(s)

This transport document has one or more numbered pages

EXHIBIT H

MAERSK INC.
2 GIRALDA FARMS
MADISON AVENUE
P.O. BOX 880
07940-0880
MADISON, NJ
USA
PHONE:
CUSTOMER SERVICE  1 (800) 321-8807
GIRALDA FARMS (NY/NJ) 1 (973) 514-5000
BALTIMORE 1 (800) 854-6553
BOSTON 1 (800) 854-6553
PHILADELPHIA 1 (800) 854-6553
ROCHESTER 1 (800) 854-6553
FAX:
GIRALDA FARMS (NY/NJ) 1 (973) 514-5410
BALTIMORE 1 (888) 249-8016
BOSTON 1 (866) 345-8986
PHILADELPHIA 1 (888) 249-8016

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



Maersk Agency U.S.A. Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# MAERSK LINE

**Original**

## DETENTION INVOICE Number: 5249107937

| Bill-to Party : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Invoice Date:<br>Due Date: | 11-20-2014<br>11-20-2014 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | CP SUPER ASIA INC ACCOUNTS PAYABLE | | |
| On behalf of : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Our Contact:<br>Our Telephone: | Nino Ian Francisco<br>1-800-768-8714 |

Customer No: US01024519

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 3,565.00 |
| 0% Non EU services VAT | 0.00 % | 3,565.00 | 0.00 |
| **Amount Due** | | | **3,565.00** |

**Bill of Lading Number: 951979852   Your Reference: 951979852**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 10-06-2014 | 10-13-2014 | 0 | | | |
| Detention Fee - Import | KNLU3422700 | | 10-14-2014 | 11-05-2014 | 1 | CNT | 1.00000 | 3,565.00 |

TIER 1: 4 DAYS X 95.00 = $ 380.00#TIER 2: 4 DAYS X 140.00 = $ 560.00#TIER 3: 15 DAYS X 175.00 = $ 2625.00#SERVICE CONTRACT - 744982, ROUTE CODE - M3

| | Total Due: | 3,565.00 |
|---|---|---|

\* Service Contract Number:
\* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
\* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
\* Contact us at MyFinance@maersk.com for more information



EXHIBIT "I"

Page 1 of  2



MAERSK
LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## DETENTION INVOICE Number:   5249107937

* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services – 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC | MAEU |
|---|---|---|
| | B/L No. | 952038032 |

**Shipper**
KANNU ADITYA (INDIA) LIMITED
FLAT NO. 9, B-16, BHAGWAN DASS NAGAR,
NEW DELHI – 110026, INDIA

**Booking No.**
952038032

**Export references**
Svc Contract
744982

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
TO ORDER

**Notify Party** (see clause 22)
SUPER ASIA INC.,
54-36, 48TH STREET,
MASPETH, NY-11378, U.S.A.

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| MAERSK HARTFORD | 1412 | ICD Loni |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Pipavav | NEW YORK, USA | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD MAERSK HARTFORD \ 1412 ON 2014-09-13 AT Pipavav<br><br>1 Container Said to Contain 1046 MASTER CARTONS<br><br>01X20 FCL CONTAINING<br><br>(1046 PACKAGES) 1X20' FCL CONTAINER<br>CONTAINING :-<br>EMPIRE BRAND<br>INDIAN BASMATI RICE<br>PACKED AS UNDER:-<br>1046 MASTER CARTONS OF 4X10 LBS PLASTIC<br>POUCHES<br>INV. NO.:KAIL/063/14-15 DT: 23.08.2014<br>IEC NO.:0508081050<br>SB. NO. 4690809  DT:29.08.2014<br>NET WT.: 18995.000 KGS<br>FREIGHT: "PREPAID"<br>IHC:  PREPAID<br><br>NOS.01 TO 1046<br><br>MRKU7284387  ML-IN0507899  20 DRY 8'6  1046 MASTER CARTONS  20041.000 KGS | 20041.000 KGS | 20.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>**1 container** | Place of Issue of B/L<br>**New Delhi** | SHIPPER, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or The Place of Receipt, if mentioned above) to the Port of Discharge (or The Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on-deck stowage (see clause 19) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable this document may be surrendered in exchange for the Goods or delivery order. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier complies with this duty, if while entitled to deliver the Goods against one original bill of lading, or produce and original.  IN WITNESS WHEREOF the number of original Bills of Lading stated on the side has been signed and wherever one original Bill of Lading has been surrendered any others shall be void. |
| Number & Sequence of Original B(s)/L<br>**THREE/3** | Date of Issue of B/L<br>**2014-09-18** | |
| Declared Value (see clause 73) | Shipped on Board Date (Local Time)<br>**2014-09-13** | Signed for the Carrier Maersk Line A/S |

**Forwarder**
TIGER LOGISTICS
804A-807 SKYLARK BUILDING NEHRU PLACE
New Delhi
110019

This transport document has one or more numbered pages

Maersk Line India Pvt Ltd
As Agent(s)

EXHIBIT J

B/L: 952038032

Page

**20.0000 CBM**
**Customs Seal : 215254**
**SHIPPER'S LOAD, STOW, WEIGHT AND COUNT**

FREIGHT PREPAID

CY/CY

| Freight Charge | Basis | Unit | Rate/Unit | Prepaid | Collect |
|----------------|-------|------|-----------|---------|---------|
|                |       |      |           |         |         |

# MAERSK LINE

9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## **Original**
## DETENTION INVOICE Number: 5249164932

| Bill-to Party : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Invoice Date:<br>Due Date: | 12-05-2014<br>12-05-2014 |
| --- | --- | --- | --- |
| | | Payment terms: | Payable immediately |
| Attention of: | CP SUPER ASIA INC ACCOUNTS PAYABLE | | |
| On behalf of : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Our Contact:<br>Our Telephone: | Nino Ian Francisco<br>1-800-768-8714 |
| Customer No: | US01024519 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 – applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 – applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
| --- | --- | --- | --- |
| Net value | | | 4,440.00 |
| 0% Non EU services VAT | 0.00 % | 4,440.00 | 0.00 |
| **Amount Due** | | | **4,440.00** |

**Bill of Lading Number: 952038032   Your Reference: 952038032**

| Origin | Destination | Vessel | Voyage |
| --- | --- | --- | --- |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Freetime | | | 10-10-2014 | 10-17-2014 | 0 | | | |
| Detention Fee – Import | MRKU7284387 | | 10-18-2014 | 11-14-2014 | 1 | CNT | 1.00000 | 4,440.00 |

TIER 1: 4 DAYS X 95.00 = $ 380.00#TIER 2: 4 DAYS X 140.00 = $ 560.00#TIER 3: 20 DAYS X 175.00 = $ 3500.00#SERVICE CONTRACT - 744982, ROUTE CODE - M3

| | Total Due: | 4,440.00 |
| --- | --- | --- |

* Service Contract Number:
* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information

# EXHIBIT " 

Page 1 of  2



Case 1:15-cv-01401-WFK-RER   Document 1   Filed 03/18/15   Page 26 of 33 PageID #: 26

Maersk Agency U.S.A. Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# DETENTION INVOICE Number:  5249164932

* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

| | |
|---|---|
| SCAC | **MAEU** |
| B/L No. | **952087688** |

| Shipper | Booking No. |
|---|---|
| KANNU ADITYA (INDIA) LIMITED<br>FLAT NO. 9, B-16, BHAGWAN DASS NAGAR,<br>NEW DELHI - 110026, INDIA | **952087688** |

| Export references | Svc Contract |
|---|---|
| | **744982** |

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer") | Notify Party (see clause 22) |
|---|---|
| TO ORDER | SUPER ASIA INC.,<br>54-36, 48TH STREET,<br>MASPETH, NY-11378, U.S.A. |

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| MAERSK CHICAGO | 1412 | ICD Loni |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Pipavav, India | NEW YORK, USA | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD MAERSK CHICAGO \ 1412 ON 2014-09-27 AT Pipavav, India<br><br>1 Container Said to Contain 1046 MASTER CARTONS<br><br>01X20 FCL CONTAINING<br><br>(1046 PACKAGES) 1X20' FCL CONTAINER<br>CONTAINING :-<br>EMPIRE BRAND<br>INDIAN BASMATI RICE<br>PACKED AS UNDER:-<br>1046 MASTER CARTONS OF 1X40 LBS PLASTIC<br>POUCHES<br>INV. NO.:KAIL/071/14-15 DT: 02.09.2014<br>IEC NO.:0508081050<br>SB. NO. 4776688 DT:02.09.2014<br>NET WEIGHT:18995.000 KGS<br>FREIGHT: "PREPAID"<br>IHC: PREPAID<br><br>NOS.01 TO 1046<br><br>MRKU6830328 20 DRY 8'6 1046 MASTER CARTONS 20041.000 KGS 20.0000 CBM<br>Customs Seal : 215863<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT | 20041.000 KGS | 20.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 1 container | New Delhi |

| Number & Sequence of Original B(s)/L | Date of Issue of B/L |
|---|---|
| THREE/3 | 2014-10-01 |

| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) |
|---|---|
| | 2014-09-27 |

SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of use of Electronic Data Interchange (see clause 26) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. IF this form is issued as a non-negotiable bill of lading with the duly, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, and delivery discharging the Carrier's delivery obligations. Irrespective of the bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on the side has been issued and whenever one original Bill of Lading has been accomplished by whom shall be void.

Signed for the Carrier Maersk Line A/S

| Forwarder |
|---|
| TIGER LOGISTICS<br>804A-807 SKYLARK BUILDING NEHRU PLACE<br>New Delhi<br>110019 |

**Maersk Line India Pvt Ltd**
As Agent(s)

This transport document has one or more numbered pages

EXHIBIT "L"

B/L: 952087688

Page: 2

**FREIGHT PREPAID**

CY/CY

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Case 1:15-cv-01401-WFK-RER Document 1 Filed 03/18/15 Page 29 of 33 PageID #: 29



# MAERSK LINE

## Original
## DETENTION INVOICE Number: 5249164933

| Bill-to Party : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Invoice Date:<br>Due Date: | 12-05-2014<br>12-05-2014 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | CP SUPER ASIA INC ACCOUNTS PAYABLE | | |
| On behalf of : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Our Contact:<br>Our Telephone: | Nino Ian Francisco<br>1-800-768-8714 |

Customer No: US01024519

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,465.00 |
| 0% Non EU services VAT | 0.00 % | 1,465.00 | 0.00 |
| **Amount Due** | | | **1,465.00** |

**Bill of Lading Number: 952087688   Your Reference: 952087688**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 10-27-2014 | 11-03-2014 | 0 | | | |
| Detention Fee - Import | MRKU6830328 | | 11-04-2014 | 11-14-2014 | 1 | CNT | 1.00000 | 1,465.00 |

TIER 1: 4 DAYS X 95.00 = $ 380.00#TIER 2: 4 DAYS X 140.00 = $ 560.00#TIER 3: 3 DAYS X 175.00 = $ 525.00#SERVICE CONTRACT - 744982, ROUTE CODE - M3

| | Total Due: | 1,465.00 |
|---|---|---|

* Service Contract Number:
* Credit cards are now being accepted for demurrage and detention payments
Demurrage - Simply call the Maersk Release Team at 877-699-9444, option #1
Detention - Simply call the Maersk D&D Team at 877-699-9444, option #5
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information



EXHIBIT "M"

**MAERSK LINE**

Maersk Agency U.S.A. Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## DETENTION INVOICE Number: 5249164933

* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC **MAEU** |
|---|---|
| | B/L No. **952038040** |

**Shipper**
KANNU ADITYA (INDIA) LIMITED
FLAT NO. 9, B-16, BHAGWAN DASS NAGAR,
NEW DELHI – 110026, INDIA

**Booking No.**
952038040

**Export references**

Svc Contract
**744982**

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
TO ORDER

**Notify Party** (see clause 22)
SUPER ASIA INC.,
54-36, 48TH STREET,
MASPETH, NY-11378, U.S.A.

| **Vessel** (see clause 1 + 19) MAERSK CHICAGO | **Voyage No.** 1412 | **Place of Receipt.** Applicable only when document used as Multimodal Transport B/L. (see clause 1) ICD Loni |
|---|---|---|
| **Port of Loading** Pipavav | **Port of Discharge** Newark | **Place of Delivery.** Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD MAERSK CHICAGO \ 1412 ON 2014-09-27 AT Pipavav<br><br>1 Container Said to Contain 1046 MASTER CARTONS<br><br>01X20 FCL CONTAINING<br><br>(1046 PACKAGES) 1X20' FCL CONTAINER<br>CONTAINING :-<br>EMPIRE BRAND<br>INDIAN BASMATI RICE<br>PACKED AS UNDER:-<br>1046 MASTER CARTONS OF 1X40 LBS PLASTIC<br>POUCHES<br>INV. NO.:KAIL/070/14-15 DT: 02.09.2014<br>IEC NO.:0508081050<br>SB. NO. 4776685  DT:02.09.2014<br>NET WEIGHT: 18995.000 KGS<br>FREIGHT: "PREPAID"<br>IHC: PREPAID<br><br>NOS.01 TO 1046<br><br>MRKU9177259  ML-IN0507860  20 DRY 8'6  1046 MASTER CARTONS  20041.000 KGS<br>20.0000 CBM<br>Customs Seal :  215864 | 20041.000 KGS | 20.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| **Carrier's Receipt** (see clause 1 and 14). Total number of containers or packages received by Carrier. 1 container | **Place of Issue of B/L** New Delhi |
|---|---|
| **Number & Sequence of Original B(s)/L** THREE/3 | **Date of Issue of B/L** 2014-10-01 |
| **Declared Value** (see clause 7.3) | **Shipped on Board Date** ( Local Time) 2014-09-27 |

SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Receipt or the Place of Receipt, if mentioned above, to the Port of Discharge or the Place of Delivery, if mentioned above, whichever is applicable...

Signed for the Carrier Maersk Line A/S

**Forwarder**
TIGER LOGISTICS
804A-807 SKYLARK BUILDING NEHRU PLACE
New Delhi
110019

This transport document has one or more numbered pages

Maersk Line India Pvt Ltd
As Agent(s)

EXHIBIT "

B/L 952038040

Page 2

**SHIPPER'S LOAD, STOW, WEIGHT AND COUNT**

**FREIGHT PREPAID**

**CY/CY**

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



# MAERSK LINE

Maersk Agency U.S.A, Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

**Original**

## DETENTION INVOICE Number: 5249164934

| | | | |
|---|---|---|---|
| Bill-to Party : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Invoice Date:<br>Due Date: | 12-05-2014<br>12-05-2014 |
| | | Payment terms: | Payable immediately |
| Attention of: | CP SUPER ASIA INC ACCOUNTS PAYABLE | | |
| On behalf of : | SUPER ASIA INC<br>5436 48TH ST<br>Maspeth NY 11378 | Our Contact:<br>Our Telephone: | Nino Ian Francisco<br>1-800-768-8714 |

Customer No:   US01024519

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,465.00 |
| 0% Non EU services VAT | 0.00 % | 1,465.00 | 0.00 |
| **Amount Due** | | | **1,465.00** |

**Bill of Lading Number: 952038040   Your Reference: 952038040**

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 10-27-2014 | 11-03-2014 | 0 | | | |
| Detention Fee – Import | MRKU9177259 | | 11-04-2014 | 11-14-2014 | 1 | CNT | 1.00000 | 1,465.00 |

TIER 1: 4 DAYS X 95.00 = $ 380.00#TIER 2: 4 DAYS X 140.00 = $ 560.00#TIER 3: 3 DAYS X 175.00 = $ 525.00#SERVICE CONTRACT - 744982, ROUTE CODE - M3

| | | | | | | | Total Due: | 1,465.00 |
|---|---|---|---|---|---|---|---|---|

\* Service Contract Number:
\* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1
Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
\* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
\* Contact us at MyFinance@maersk.com for more information



EXHIBIT "G"